1
2
3
4

**UNITED STATES DISTRICT COURT**

5

**NORTHERN DISTRICT OF CALIFORNIA**

6

7   THERESA BROOKE, a married woman
dealing with her sole and separate claim,        Case No: 5:18-cv-01568-SVK

8
                        Plaintiff,                **[PROPOSED] ORDER**
9

10  vs.

11
    KENNETH MANRAO,
12
                        Defendant.
13

14        Upon Motion and good cause shown,

15        IT IS HEREBY ORDERED dismissing the above case with prejudice; each

16  party to bear their own costs and fees.

17

18        DATED this _____ day of September, 2018.

19

20                                           _____

                                             Judge of the U.S. District Court
21

22

23

24

25

26

27

28