UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA BROOKE,

            Plaintiff,

     v.

KENNETH S. MANRAO,

            Defendant.

Case No.  18-cv-01568-SVK

**ORDER OF DISMISSAL**

Re: Dkt. No. 29

      Based on the parties' Stipulation of Dismissal with Prejudice (ECF 29), IT IS HEREBY ORDERED that this case is dismissed with prejudice, with each party to bear its own costs and fees.  The Clerk shall close this file.  All deadlines and hearings are vacated.

      **SO ORDERED.**

Dated: October 1, 2018

SUSAN VAN KEULEN
United States Magistrate Judge